In the Matter of the Claim of MAY LaFLAIR, as Committee of JOSEPH REVIER et al., Respondents, against TURNER CONSTRUCTION COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted February 26, 1935; decided March 12, 1935.)

*J. G. Fink* for appellant.

*Henry Redman Dutcher* and *Leonard Marafioti* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.